JUDGE WOOD UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 8512

BILL LIETZKE,

            PLAINTIFF,

v.

CITY OF MONTGOMERY, ET AL, ABC,
BOEBY BRIGHT, ART BAYLOR, DEF,
police officers employed by the
Alabama City of Montgomery who
are responsible for all incidents
referred to in the Complaint,
whether singular or plural that
person, firm, corporation or
entity who or which by tort or
other wrongful conduct is legally
liable to the Plaintiff for the
injuries and damages he sustained
on the occasion made the basis
of this Complaint, all others
whose true names and legal
descriptions are otherwise unknown
to the Plaintiff,        DEFENDANTS.

CASE NUMBER

DOC # 2

2:07cv932-WKW

FIRST DEGREE CRIMINAL TRESPASSING
CONSTITUTIONAL RIGHTS VIOLATIONS
COMMON LAW NEGLIGENCE
FALSE IMPRISONMENT
HARASSMENT
MENACING
ASSAULT

RECEIVED
AUG 06 2007
PRO SE OFFICE

COMPLAINT

STATEMENT OF THE FACTS 

    1.  Jurisdiction founded on the existence of a federal question
and amount in controversy.

    2.  The action arises out of the Constitution of the United
States, Article III, Section II, as hereinafter more fully appears.

    3.  The amount in controversy exceeds, exclusive of interests
and costs, the sum of $1,000,000,000.00

4.   On June 9, 1997, by and through its agent police officers, City of Montgomery Defendants beckoned the Plaintiff by hand and detained the Plaintiff unlawfully on Girard Street, a public Street, less than ½ block from the Plaintiff's previous address, 2000 Girard Street.  City of Montgomery Defendants alleged that some persons called the Defendants and stated that the Plaintiff was running on Mulberry Street, a public street.

5.   On or about July 15, 1997, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Street, a public street, from South Decataur Street, a public street, jumped out of the patrol car, searched the Plaintiff and detained the Plaintiff unlawfully.  City of Montgomery Defendants alleged that some persons called the Defendants and stated that the Plaintiff was walking in the middle of the street.

6.   On or about September 1, 1997, by and through its agent police officers, City of Montgomery Defendants approached the 400 block of South Perry Street, a public street, from Scott  Street, a public street, and harassed the Plaintiff from the window of the patrol car.  City of Montgomery Defendants accused the Plaintiff more or less of breaking into a building, because it was midnight, and alleged, "15 minutes to get somewhere?"

7.   On or about January 29, 1998, by and through its agent police officers, City of Montgomery Defendants beckoned the Plaintiff by hand while standing on South Perry Street, a public street, with an adult female and detained the Plaintiff unlawfully.  City of Montgomery Defendants alleged, "What's your name?"  "Where you live?"  "Where you come from?"  "Where you going?"

8.   On or about June 12, 1998, by and through its agent police officers, City of Montgomery Defendantsapproached the 500block of South

Perry Street, a public street, from High Street, a public street, jumped out of the patrol car and subjectd the Plaintiff to unlawful search and seizure. City of Montgomery Defendants alleged, "What's your name?" "Where you live?" "Where you going?" "Where you come from?"

9. On or about July 10, 1998, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, from Grove street, a public street, and harassed the Plaintiff from the window of the patrol car. City of Montgomery Defendants alleged, "You know anything about anybody breaking out car windows?"

10. On or about November 15, 1998, by and through its agent police officers, City of Montgomery Defendants approached the 300 block of Madison Avenue, a public street, from North Perry Street, a public street, jumped out of the patrol car and subjected the Plaintiff to unlawful search and seizure. City of Montgomery Defendants alleged that some persons called the Defendants and stated that the Plaintiff was following some woman in her car and flagging some woman down.

11. On or about March 3, 1999, by and through its agent police officers, City of Montgomery Defendants approached the 300 block of Madison Avenue, a public street, jumped out of the patrol car and detained the Plaintiff unlawfully. City of Montgomery Defendants alleged that some persons called the Defendants. Another Defendant approached the 300 block of Madison Avenue and jumped out of the patrol car. City of Montgomery Defendants alleged, "If you go back on that sidewalk, you go to jail." "You have been warned."

12. On May 10, 1999, by and through its agent police officers, City of Montgomery Defendants procured the unlawful arrest and false imprisonment of the Plaintiff at the 300 block of West Fairview Avenue, a public street, on the false charge that the Plaintiff was flagging down cars, etc. City of Montgomery Defendants detained the Plaintiff

unlawfully, and carried the Plaintiff to 320 North Ripley Street to the
Montgomery City Jail.

13.  On May 17, 1999, the Plaintiff was discharged and released fro
320 North Ripley Street.

14.  On or about July 15, 1999, by and through its agent police
officers, City of Montgomery Defendants approached the 400 block of Sout
Perry Street, a public street, and harassed the Plaintiff from the windo
of the patrol car.  City of Monagomery Defendants alleged, "Somebody tol
me that you're running from the police."

15.  On December 24, 1999, by and through its agent police officers
City of Montgomery Defendants approached the 700 block of South Lawrence
Street, a public street, proceeded north on South Lawrence Street, a
one-way street opposite the traffic, jumped out of the patrol car, and
subjected the Plaintiff to unlawful search and seizure.  City of
Montgomery Defendants alleged that some persons called the Defendants an
stated that the Plaintiff was going to jump off the interstate bridge on
South Lawrence Street.

16.  On or about April 6, 2000, by and through its agent police
officers, City of Montgomery Defendants approached the 600 block of Sout
Decataur Street, a public street, from Arba Street, a public street, and
harassed the Plaintiff from the window of the patrol car.  City of
Montgomery Defendants alleged, "Did you call the fire department?"

17.  On April 10, 2000, by and through its agent police officers,
City of Montgomery Defendants approached the 500 block of South Perry
Street, a public street, from Grove Street, a public street, entered San
Souci Apartments, 547 South Perry Street, jumped out of the patrol car,
and subjected the Plaintiff to unlawful search and seizure.  City of
Montgomery Defendants forced the Plaintiff to place his hands on their
patrol car, accused the Plaintiff more or less of selling narcotic drugs,
and accused the Plaintiff of running from the Defendants.  The Plaintiff

neighbor whose name is Earl witnessed this incident.

18.   On or about April 21, 2000, by and through its agent police officers, City of Montgomery Defendants approached the 100 block of North Perry Street, a public street, approached the Plaintiff from behind following and stalking the Plaintiff, and detained the Plaintiff unlawfully.  City of Montgomery Defendants proceeded to demand personal information of the Plaintiff.

19.   On or about June 9, 2000, by and through its agent police officers, City of Montgomery Defendants approached the 5600 block of the Atlanta Highway and harassed the Plaintiff from the window of the patrol car.  City of Montgomery Defendants alleged, "You got somewhere to go?"  "You can't be out in the street like that."

20.   On July 2, 2000, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, from Grove Street, a public street, crossed South Perry Street, jumped out of the patrol car, and detained the Plaintiff unlawfully.  City of Montgomery Defendants forced the Plaintiff to place his hands on the patrol car, searched the Plaintiff, and forced the Plaintiff to have a seat on the ground.  City of Montgomery Defendants alleged that some persons called the Defendants and stated that the Plaintiff was "jumping out in front of cars."

21.   On or about September 1, 2000, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, drove up to the Plaintiff, and harassed the Plaintiff form the window of the patrol car.  City of Montgomery Defendants alleged, "What are you doing?"

22.   On or about March 22, 2001, by and through its agent police officers, City of Montgomery Defendants entered San Souci Apartments, 547 South Perry Street, proceeded through the Plaintiff's parking lot,

encountered the Plaintiff by the sidewalk that connects to the Plaintiff's parking lot, and harassed the Plaintiff from the window of the patrol car. City of Montgomery Defendants threatened to take the Plaintiff to jail if the Plaintiff goes on the street.

23. On or about August 2, 2001, by and through its agent police officers, City of Montgomery Defendants approached the 600 block of South Lawrence Street, a public street, from Grove Street, a public street, and harassed the Plaintiff from the window of an unmarked black vehicle. City of Montgomery Defendants alleged that some persons called the Defendants and stated that the Plaintiff was "jumping out in front cars."

24. On August 5, 2001, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public Street, from Grove Street, a public street, passed the Plaintiff in front of 547 South Perry Street, circled the 500 block of South Perry Street, proceeded left on Grove Street to return to South Perry Street, proceeded left on South Perry Street to return to the Plaintiff, jumped out of the patrol car and detained the Plaintiff unlawfully. City of Montgomery Defendants engaged in this unlawful, harassment practice over and over, and over again for years. City of Montgomery Defendants beckoned the Plaintiff and forced the Plaintiff to place his hands on the patrol car. City of Montgomery Defendants searched the Plaintiff for absolutely nothing again and ordered the Plaintiff to sit on his patrol car. City of Montgomery Defendants alleged, "What are you doing?" "Is this a lecture in law?" "Is this a law lecture?" City of Montgomery Defendants further stated, "If I catch you with your pants rolled up and your shirt tail out I'm gonna run you in." "I'm gonna take you jail, anyway." "I'm gonna come back and I'm gonna take you to jail, if I find out you've been lying to me." "You know what." "Now you go on about your business."

25.  On or about April 16, 2002, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Street, a public street, from South Union Street, a public street, approached the Plaintiff, and jumped out of the patrol car.  City of Montgomery Defendants forced the Plaintiff into a private parking lot, forced the Plaintiff to put his groceries on the street, forced the Plaintiff to place his hands on the patrol car, and subjected the Plaintiff to unlawful search and seizure.  City of Montgomery Defendants alleged, "Do you have any warrants on you?"

26.  On or about July 30, 2002, by and through its agent police officers, City of Montgomery Defendants approached the 600 block of South Lawrence Street, a public street, from South Street, a public street, and detained the Plaintiff unlawfully.  On the overpass, City of Montgomery Defendants alleged that some persons called the Defendants and stated that the Plaintiff was climbing over the fence.

27.  On or about September 20, 2002, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Lawrence Street, a public street, and harassed the Plaintiff from the window of the patrol car.  City of Montgomery Defendants alleged, "Is that your car?"  "You got some ID?"  "Do you work around here?"  "Do you live around here?"

28.  On or about October 15, 2002, by and through its agent police officers, City of Montgomery Defendants approached the 700 block of South Lawrence Street, a public street, from Arba Street, a public street, and harassed the Plaintiff from the window of the patrol car.  City of Montgomery Defendants alleged, "Everything alright?"  "We got a call saying you were jumping out in front of cars."

29.  On December 15, 2003, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry

Street in a black Ford Taurus, stopped in front of San Souci Apartments, 547 South Perry Street in front of the Plaintiff, and harassed the Plaintiff from the window of the Taurus.  City of Montgomery Defendants exclaimed, "Get out of the street."  "You're always being told that." "Go on."  "Go on."  City of Montgomery Defendants jumped out of the car and subjected the Plaintiff to unlawful search and seizure.  City of Montgomery Defendants alleged, "You got some ID?"  "When an officer tells you to go on, don't stand there and stare at him, go on."  "Now go on or spend Christmas in jail."

30.  On May 29, 2004, by and through its agent police officers, City of Montgomery Defendants approached the 300 block of South Perry Street, a public street, jumped out of the patrol car, and detained the Plaintiff unlawfully.  City of Montgomery Defendants forced the Plaintiff to take a seat on their patrol car.  City of Montgomery Defendants alleged, "Somebody called us."  "The church called us."  "Said you were harassing them."

31.  On July 13, 2004, by and through its agent police officers, City of Montgomery Defendants passed the Plaintiff at 547 South Perry Street in a white Ford Taurus, backed up to 547 South Perry Street to the Plaintiff, jumped out of the Taurus and pointed their loaded pistols at the Plaintiff for absolutely no reason in front of 547 South Perry Street. City of Montgomery Defendants continued to taunt, bully, terrorize the Plaintiff exclaiming, "Get on your knees, get on your knees."  "Put your hands behind your head, put your hands behind your head."  "I'll shoot you."  City of Montgomery Defendants proceeded to 547 South Perry Street to the Plaintiff's driveway then encountered one of the Plaintiff's neighbors upstairs on the third floor.  City of Montgomery Defendants stated to the neighbor, "Is he alright?"  "Does he live here?"

32.  On or about August 20, 2004, by and through its agent police

officers, City of Montgomery Defendants approached the 600 block of South Lawrence Street, a public street, stopped his patrol car in traffic, and harassed the Plaintiff from the window of the car. City of Montgomery Defendants alleged, "Go on home before you get in trouble." "I don't want to take you to jail."

33. On September 16, 2004, by and through its agent police officers, City of Montgomery Defendants approached the 600 block of South Lawrence Street, a public street, in a white Ford Taurus opposite the traffic, proceeded left on Grove Street, approached the Plaintiff and jumped out of the Taurus. City of Montgomery Defendants detained the Plaintiff unlawfully, forced the Plaintiff to place his hands on the car, and subjected the Plaintiff to unlawful search and seizure. City of Montgomery Defendants alleged, "Something wrong?" "Got some ID?" "Put your hands on the car."

34. On October 13, 2004, by and through its agent police officers, City of Montgomery Defendants approached 1 Commerce Street, Regions Bank, from Dexter Avenue, a public street, circled the Regions Bank block twice, circled Regions Bank and 2 additional blocks, backed up into the parking lot directly behind Regions Bank, jumped out of the patrol car and detained the Plaintiff unlawfully. City of Montgomery alleged, "Are you lost?" "I thought you might have been lost."

35. On October 14, 2004, by and through its agent police officers, City of Montgomery Defendants approached the 100 block of Adams Avenue, a public street, from South Perry Street, a public street, stopped the patrol car in traffic, and harassed the Plaintiff from the window of the car. City of Montgomery Defendants proceeded to taunt and bully the Plaintiff alleging, "Stand on the sidewalk." "You're standing in the middle of the street." The Plaintiff catergorically denies standing in the middle of the street of which the Plaintiff was falsely accused.

City of Montgomery Defendants continued to taunt and bully the Plaintiff stating, "Stand on the sidewalk."  "You're disrupting traffic."  "The sidewalk is for walking."  "The street is for driving."

36.  On October 24, 2004, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, from Grove Street, a public street, beckoned the Plaintiff by hand in front of 547 South Perry Street, and harassed the Plaintiff from the window of the patrol car.  City of Montgomery Defendants alleged, "Come here."  "We got a call saying you were flagging down cars and waving at people at people."  "Don't do that."  "That's disorderly conduct."  "Go somewhere else."  "I'm not asking you, I'm telling you."

37.  On January 18, 2005, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, from Grove Street, a public street, passed the Plaintiff in front of San Souci Apartments, 547 South Perry Street, circled the 500 block of South Perry Street, proceeded left on Grove Street to return to South Perry Street, proceeded left on South Perry Street, approached the Plaintiff and jumped out of the patrol car.  When the Plaintiff crossed South Perry Street, City of Montgomery Defendants crossed South Perry Street following and stalking the Plaintiff.  City of Montgomery Defendants pointed another dangerous gun at the Plaintiff, ordered the Plaintiff to halt, and detained the Plaintiff unlawfully. City of Montgomery Defendants proceeded to demand personal information of the Plaintiff.  City of Montgomery Defendants alleged, "We're not going to charge you with anything."

38.  On March 10, 2005, by and through its agent police officers, City of Montgomery Defendants crossed South Lawrence Street, a public street, approached the Plaintiff holding their guns 1 block from 547

South Perry Street and detained the Plaintiff unlawfully.  On the I 85
interstate overpass, City of Montgomery Defendants continued to taunt,
bully, terrorize the Plaintiff exclaiming, "Sir, get off the bridge."
"Sir, get off the bridge."  "Sir, if you don't want to go to jail, get
off the bridge."  "I'm telling you, that's why."

    39.  On April 3, 2005, by and through its agent police officers,
City of Montgomery Defendants approached the 600 block of South Lawrence
Street, a public street, opposite the traffic, jumped out of the patrol
car, and beckoned the Plaintiff by hand.  City of Montgomery Defendants
alleged, "Come here."  "Put your hands on the car."  "What are you
doing?"  "Where do you live?"  "We got a call on you."  "Got some ID?"
"There's a suspicious male on the interstate."

    40.  On May 21, 2005, by and through its agent police officers,
City of Montgomery Defendants approached the 700 block of South Lawrence
Street, a public street, and harassed the Plaintiff from the window of
the patrol car.  City of Montgomery Defendants alleged, "Why are you
hanging out on the bridge?"  "We got calls saying that you might be
throwing something off the bridge."

    41.  On May 26, 2005, by and through its agent police officers,
City of Montgomery Defendants approached the 500 block of South Perry
Street, a public street, parked on the private property of Regions
Mortgage, Inc., 555 South Perry Street, next door to San Souci Apartments,
547 South Perry Street, jumped out of the patrol car and encountered a
suspicious black male in the driveway at 547 South Perry Street.  City
of Montgomery Defendants proceeded to harass and bully the Plaintiff
alleging, "Quit staring at me."  "What you staring at me for?"  At this
time, a Regions Mortgage, Inc. woman employee exit Regions Martgage,
Inc. and witnessed City of Montgomery Defendants harassing the Plaintiff.

42. On May 29, 2005, by and through its agent police officers, City of Montgomery Defendants approached the 200 of Washington Avenue, a public street, from South Lawrence Street, a public street, and detained the Plaintiff unlawfully. A white woman who recognized the Plaintiff blew her horn to speak to the Plaintiff. When the Plaintiff acknowledged the woman's presence and spoke back to her, City of Montgomery Defendants alleged, "What are you doing?" The Plaintiff answered, "What do you mean what am I doing?" "City of Montgomery Defendants alleged, "You're standing in the middle of the street." The Plaintiff catergorically denies standing in the middle of the street of which the Plaintiff was falsely accused.

43. On July 2, 2005, by and through its agent police officers, City of Montgomery Defendants parked patrol cars on the premises of San Souci Apartments, 547 South Perry Street, the Plaintiff's residence. While upstairs on the third floor, City of Montgomery Defendants yelled and screamed downstairs to the Plaintiff, "Quit staring at me." Two neighbors of the Plaintiff, Earl and another adult male, witnessed City of Montgomery Defendants harassing the Plaintiff.

44. On July 2, 2005, by and through its agent police officers, City of Montgomery Defendant approached the 700 block of South Lawrence Street, a public street, from Arba Street, a public street, proceeded left on South Lawrence Street opposite the traffic, and detained the Plaintiff unlawfully. City of Montgomery Defendants alleged, "You alright?" "Somebody called us." "Somebody that's seen you for a long time called us."

45. On August 3, 2005, by and through its agent police officers, City of Montgomery Defendants approached the 400 block of South Lawrence Street, a public street, stopped the patrol car in traffic, jumped out of the patrol car, grabbed the Plaintiff and pushed the Plaintiff on the

patrol car.  City of Montgomery Defendants continued to taunt, bully, and terrorize the Plaintiff gripping the Plaintiff's arms and the Plaintiff's garments and forcing the Plaintiff to place his hands on the patrol car for absolutely no reason.  City of Montgomery Defendants exclaimed, "Get on that car."  "Get on that car."  "Get on that car." City of Montgomery Defendants continued to taunt, bully, and terrorize the Plaintiff kicking the Plaintiff's legs forcing the Plaintiff to spread his legs.  City of Montgomery Defendants exclaimed, "Spread your legs."  "Spread your legs."  "Spread your legs."  City of Montgomery Defendants subjected the Plaintiff to unlawful search and seizure, grabbed the Plaintiff by his arm and grabbed the Plaintiff's shirt, and pushed the Plaintiff to the ground.  City of Montgomery Defendants alleged, "Have a seat on the ground."  "Have a seat on the ground." City of Montgomery Defendants alleged, "Somebody called us saying you were jumping out in front cars."

46.  On September 18, 2005, by and through its agent police officers, City of Montgomery Defendants entered San Souci Apartments, 547 South Perry Street at about 3:15a.m. in the morning, proceeded to the Plaintiff's apartment, apt. 10, and pounded on the Plaintiff's window with heavy objects.  When the Plaintiff answered his door, City of Montgomery Defendants alleged, "We want to come in and see what's going on." The Plaintiff answered, "You're trespassing."  City of Montgomery Defendants alleged, "No we're not."  "We want to come in and see who else is in there."  The Plaintiff answered, "It none of your business who else is in here."  City of Montgomery Defendants entered the Plaintiff's house shining their flashlights and searching the Plaintiff's house without the Plaintiff's permission, without the Plaintiff's approval, and for absolutely no reason.

47.   On October 23, 2005, by and through its agent police officers, City of Montgomery Defendants procured the unlawful arrest and false imprisonment of the Plaintiff at the 500 block of South Perry Street ½ block from 547 South Perry Street, Apt. 10 on the false charge that the Plaintiff was flagging down cars, trying to get cars to stop, walking in the middle of the street, etc.   The Plaintiff catergorically denies all such allegations City of Montgomery Defendants supplied to the Montgomery Municipal Court, and the Plaintiff entered the plea of NOT GUILTY.   Said actions by City of Montgomery Defendants are indicative of another case of false imprisonment where the Plaintiff was falsely arrested on another public street by City of Montgomery Defendants on May 10, 1999, and charged with flagging down cars and trying to get cars to stop.   The Plaintiff also entered the plea of NOT GUILTY in that case.

48.   On October 26, 2005, the Plaintiff was discharged from the Montgomery City Jail, 320 North Ripley Street.

49.   On December 2, 2005, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, from Grove Street, a public street, entered 529 South Perry Street, private property of The Stowers Management, 1631 East Fairview Avenue, the Plaintiff landlord, to encounter a suspicious white male who accosted the Plaintiff.   City of Montgomery Defendants proceeded to harass and bully the Plaintiff yelling something from the patrol car.

50.   On or about June 18, 2006, by and through its agent police officers, City of Montgomery Defendants approached the Plaintiff at the site of a two or three car collision on South Perry Street at South Street.   South Perry Street is the site of frequent automobile accidents. When the Plaintiff watched an injured passenger get placed inside the paramedics, City of Montgomery Defendants proceeded to bully and harass

the Plaintiff exclaiming, "Get out of my way." "Get your butt back over there and out of my way."

51. On or about September 6, 2006, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, from Grove Street, a public street, entered Regions Mortgage, Inc.'s private lot to approached the Plaintiff and harassed the Plaintiff from the window of the patrol car. One of the secretaries from Shinbaum, Abell, Mcleod, and Campbell, P. C., 566 South Perry Street whose name is April Thompson   witnessed City of Montgomery Defendants harassing the Plaintiff. City of Montgomery Defendants alleged, "Where you supposed to be?" "What's wrong with you, man?"

52. On or about September 6, 2006, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, from Grove Street, a public street, proceeded left on South Perry Street, parked his patrol car in front of the Plaintiff and the Plaintiff's neighbor, Margaret Armstrong   at Jim Inscoe Agency Real Estate, 572 South Perry Street and harassed Margaret   and the Plaintiff from the window of his patrol car. City of Montgomery Defendants alleged, "What he said?"

53. On September 15, 2006, by and through its agent police officers, City of Montgomery Defendants approached Forest Avenue from Interstate I 85 opposite the traffic, startled the Plaintiff, and harassed the Plaintiff from the window of the patrol car. City of Montgomery Defendants approached the Plaintiff on the one way street opposite the traffic, jumped out of the patrol car, and unlawfully detained the Plaintiff. City of Montgomery Defendants alleged that some persons called the Defendants and stated that the Plaintiff was running in the middle of the street.

54.  On December 6, 2006, by and through its agent police officers, City of Montgomery Defendants exit the traffic lanes of Interstate I 85, pulled off to the side of the interstate to stop in front of the Plaintiff, and harassed the Plaintiff from the window of her patrol car. City of Montgomery Defendants alleged that some persons called the Defendants and stated that they saw the Plaintiff walking.

55.  On December 13, 2006, by and through its agent police officers, City of Montgomery Defendants sped through the Plaintiff's neighborhood of law firms and mortgage companies in seven or more patrol cars and and parked in front of San Souci Apartments, 547 South Perry Street and parked at 529 South Perry Street, offices spaces and private property of The Stowers Management, the Plaintiff's landlord.  The Plaintiff entered the law firm of Shinbaum, Abell, Mcleod, and Campbell, P. C. 566 South Perry Street across the street from 547 South Perry Street and informed the secretaries of Shinbaum, Abell, Mcleod, and Campbell, P. C. that City of Montgomery Defendants are crossing South Perry Street following and stalking the Plaintiff and are now entering these law offices following and stalking the Plaintiff.  One of the secretaries whose name is April Thompson      witnessed City of Montgomery Defendants enter Shinbaum, Abell, Mcleod, and Campbell, P. C. grabbing the Plaintiff by the shoulders and arms, handcuffing the Plaintiff and dragging the Plaintiff out of Shinbaum, Abell, Mcleod, and Campbell, P. C. to their patrol cars parked in front of 547 South Perry Street and parked at 529 South Perry Street.  City of Montgomery Defendants continued to taunt, bully, and terrorize the Plaintiff placing handcuffs on the Plaintiff's wrists that injured the Plaintiff and forcing the Plaintiff's head to hit the trunk of their car.  A suspicious black male who was parked at 529 South Perry Street left this scene in a black vehicle.  City of Montgomery Defendants placed the Plaintiff inside their car and moments

later ordered the Plaintiff to get out of the car.  City of Montgomery Defendants removed the handcuffs, released the Plaintiff, and alleged, "There is no charge."  "Go on."  "Go on."

56.  On January 8, 2007, by and through its agent police officers, City of Montgomery Defendants entered San Souci Apartments, 547 South Perry Street, opened the Plaintiff's door which is apartment 10, entered the Plaintiff's residential structure without the Plaintiff's permission and without the Plaintiff's approval, and pointed their loaded pistols at the Plaintiff and shined their flashlights at the Plaintiff inside the Plaintiff's house at 3:10a.m. in the morning without probable cause therefor.  For absolutely no reason, City of Montgomery Defendants continued to taunt, bully, and terrorize the Plaintiff exclaiming. "Let me see your hands."  "Let me see your hands." "Get down on the floor."  "Get down on the floor."  City of Montgomery Defendants grabbed the Plaintiff inside his bedroom and forced the Plaintiff's head to hit the floor of the Plaintiff's bedroom.  City of Montgomery Defendants continued to taunt, bully, and terrorize the Plaintiff placing handcuffs on the Plaintiff's wrists that injured the Plaintiff inside the Plaintiff's bedroom and forcing the Plaintiff to lie face down on the Plaintiff's bedroom floor.  City of Montgomery Defendants proceeded to order the Plaintiff to state his name, already knowing the Plaintiff's name.  City of Montgomery Defendants alleged that if the Plaintiff didn't tell them his name City of Montgomery Defendants were going to take the Plaintiff to jail.  At this time, another Defendant entered apartment 10 the Plaintiff's house.  "Sargeant Bruce" alleged that these Defendants were going to release the Plaintiff. Thereafter, City of Montgomery Defendants removed the handcuffs, released the Plaintiff, and left the Plaintiff's house.

57.  On January 19, 2007, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street, a public street, from Grove Street, a public street, jumped out of the patrol car ½ block from 547 South Perry Street and beckoned the Plaintiff by hand.  When the Plaintiff refused, City of Montgomery Defendants followed and stalked the Plaintiff, grabbed the Plaintiff by the arm, pulled the Plaintiff to his patrol car, forced the Plaintiff to place his hands on the car, placed handcuffs on the Plaintiff's srists for nothing, and subjected the Plaintiff to unlawful search and seizure. One of the court reporters from the law firm of Shinbaum, Abell, Mcleod, and Campbell, P. C. witnessed City of Montgomery Defendants harassing the Plaintiff.  One of Regions Mortgage, Inc. employees witnessed City of Montgomery Defendants harassing the Plaintiff.  Patricia and Sharon.

58.  On March 4, 2007, by and through its agent police officers, City of Montgomery Defendants approached the 300 block of South Perry Stteet, a public street, from Scott Street, a public street, and harassed the Plaintiff from the window of the patrol car.  When the Plaintiff remained silent, City of Montgomery Defendants parked in front of First Baptist Church, 305 South Perry Street, jumped out of the patrol car, and detained the Plaintiff unlawfully.  City of Montgomery Defendants alleged, "You got somewhere to go?"  "You can't be hanging around the church if you ain't going in the church."

59.  On or about June 19, 2007, by and through its agent police officers, approached the 500 block of South Perry Street, a public street, from Grove street, a public street, and harassed the Plaintiff from the window of the patrol car.  City of Montgomery Defendants alleged, "What are you doing?"

60.  On July 1, 2007, by and through its agent police officers, City of Montgomery Defendants approached the 500 block of South Perry Street,

a public street, switched to the far left lane on South Perry Street, stopped in front of the Plaintiff in front of Hilton Mortgage, Inc., 540 South Perry Street, and harassed the Plaintiff from the window of the patrol car.  City of Montgomery Defendants alleged, "What are you doing out here?"  "What are you doing out here?"  "What are you doing out here?"  When the Plaintiff remained silent, City of Montgomery Defendants drove into the driveway of Hilton Mortgage, Inc. and continued to harassed the Plaintiff from the window of the patrol car. City of Montgomery Defendants backed out of the driveway, backed up to the Plaintiff, and continued to harassed the Plaintiff from the car.

61.   On July 13, 2007, by and through its agent police officers, City of Montgomery Defendants exit the traffic lanes on Interstate I 85 3 miles from 547 South Perry Street, drove off to the side of Interstate I 85 to stop in front of the Plaintiff, jumped out of the patrol car, and detained the Plaintiff unlawfully.  City of Montgomery Defendants alleged, "Where you going?"  "Where you coming from?"  "What store?" "You're disrupting traffic."  "I got three calls."  Stay off the Interst The latest incident of menacing, negligence, assault, and harassment.

### CONSTITUTIONAL RIGHTS VIOLATIONS

62.   The Plaintiff incorporates by reference paragraphs 1 through 6 of the Complaint as though fully set out herein.

63.   The Plaintiff avers that City of Montgomery Defendants violate repetitively the Plaintiff's constitutional rights by continally subjecting the Plaintiff to RECORD NUMBER harassments and RECORD NUMBER unlawful detentions.

64.   The Plaintiff avers that City of Montgomery Defendants violate repetitively the Plaintiff's right to freedom of speech, and violated repetitively the Plaintiff's right of the people peaceably to assemble,

in violation of the Plaintiff's First Amendment rights of the United States Constitution.

65. The Plaintiff avers that City of Montgomery Defendants violated repetitively the Plaintiff's right against RECORD NUMBER unlawful searches and seizures, in violation of the Plaintiff's Fourth Amendment rights of the United States Constitution.

## COMMON LAW NEGLIGENCE

66. The Plaintiff incorporates by reference paragraphs 1 through of the Complaint as though fully set out herein.

67. The Plaintiff avers that City of Montgomery Defendants negligently failed to provide the skill and care require of its agents under Section 1-47-190, Alabama Code 1975, failed to protect and serve the Plaintiff, and failed again to prevent the injuries received by the Plaintiff as described above, either directly by the officers in their failure to protect and serve the Plaintiff, or indirectly when consideri the officers were acting under the scope and control to the City of Montgomery's police department in a respondeat superior capacity.

68. The Plaintiff avers that City of Montgomery Defendants had a duty to provide the requisite skill and care required by Alabama law, an a duty to protect and serve the Plaintiff through their officers of the law in facilitating the safety of the general public. City of Montgomer Defendants breached that duty to protect and serve the Plaintiff with th requisite skill and care levels over and over, and over again.

69. The Plaintiff further avers that the final decision makers namely, Mayor Bobby Bright and police chief Art Baylor, have permitted and still permit a custom and policy of menacing, negligence, assault, and harassment against the Plaintiff and others in similar situations in direct violation of Title 42 U. S. C. Section 1983.

## FIRST DEGREE CRIMINAL TRESPASSING

70.   The Plaintiff incorporates by reference paragraphs 1 through
of the complaint as though fully set out herein.

71.   The Plaintiff avers that City of Montgomery Defendants entere
the Plaintiff's residential structure, 547 South Perry Street, Apt. 10
and remained unlawfully therein.

72.   The Plaintiff avers that City of Montgomery Defendants
unlawfully entered and remained in the Plaintiff's residential yard,
looking into the Plaintiff's residential structure thereon in complete
reckless disregard of the Plaintiff's right of privacy.

73.   The Plaintiff avers that City of Montgomery Defendants entere
and remained unlawfully in the Plaintiff's residential structure withou
the express permission of the owner and without the express permission
of the Plaintiff.

## FALSE IMPRISONMENT

74.   The Plaintiff incorporates by reference paragraphs 1 through
of the Complaint as though fully set out herein.

75.   The Plaintiff avers that City of Montgomery Defendants
intentionally confined the Plaintiff without lawful privilege and agains
the Plaintiff's consent within a limited area for extended periods of ti

76.   The Plaintiff avers that City of Montgomery Defendants confine
the Plaintiff intentionally without lawful privilege and against the
Plaintiff's consent within a limited area for any appreciable time.

77.   The Plaintiff avers that City of Montgomery Defendants in fact
deprived the Plaintiff of his personal liberty and compelled the Plainti
to remain where the Plaintiff didn't wish to remain, and compelled the
Plaintiff to go where the Plaintiff didn't wish to go.

78.   The Plaintiff avers that City of Montgomery Defendants depriv

the Plaintiff of liberty and freedom of movement, and compelled the

Plaintiff to remain where the Plaintiff didn't wish to remain, and

compelled the Plaintiff to go where the Plaintiff didn't wish to go,

within meaning of false imprisonment.

MENACING

79.   The Plaintiff incorporates by reference paragraphs 1 through

of the Complaint as though fully set out herein.

80.   The Plaintiff avers that City of Montgomery Defendants, by

physical action, intentionally placed the Plaintiff in fear of imminent

serious physical injury pointing their loaded pistols at the Plaintiff.

HARASSMENT

81.   The Plaintiff incorporates by reference paragraphs 1 through 8

of the Complaint as though fully set out herein.

82.   The Plaintiff avers that City of Montgomery Defendants, with

the intent to harass, struck, shoved, kicked, and touched the Plaintiff

and subjected the Plaintiff to RECORD NUMBER unlawful detentions, RECORD

NUMBER unlawful physical contacts, and RECORD NUMBER unlawful searches

and seizures.

ASSAULT

83.   The Plaintiff incorporates by reference paragraphs 1 through 8

of the Complaint as though fully set out herein.

84.   The Plaintiff avers that City of Montgomery Defendants knowing

touched the Plaintiff with the intent to injure, insult, and provoke the

Plaintiff.

85.   As a proximate consequence of City of Montgomery Defendants,

the Plaintiff suffered deprivation of liberty and deprivation of freedom

of movement, and immense mental anguish.

WHEREFORE, the Plaintiff is demanding that judgment is entered against City of Montgomery Defendants, who aren't statutorily immunized, separately and severally, for $7,000,000,000.00 and for the following:

1. Compensatory Damages, including interests, filing fees, reasonable attorney's fees, and all other costs, in the amount of $7,000,000,000.00

2. The Court assesses a fine against City of Montgomery Defendants for not less than $7,000,000,000.00

3. The Court orders that City of Montgomery Defendants serve not less than 10 years in a maximum security state prison in the State of Nevada.

4. The permanent, indefinite, and immediate shut down of the intersections of Grove Street at South Court, and Grove Street at South McDonough Street in Alabama.

5. City of Montgomery Defendants, any agents or employees thereof, are trespassing San Souci Apartments, 547 South Perry Street, the Plaintiff's residential structure.

6. City of Montgomery Defendants, any agents or employees thereof, are trespassing 529 South Perry Street, private property of The Stowers Management, 1631 East Fairview Avenue, the Plaintiff's landlord.

7. Failure of Defendants to file a formal written response to the Complaint in 20 days, judgment by default is entered against the Defendant

DATED this 27th day of July, 2007

4.  Intersections of Grove Street at South Court Street
and Grove Street at South McDonough Street that leads to
Regions Mortgage, Inc., 605 South Perry Street, Jim Inscoe
Agency Real Estate, 572 South Perry Street, Regions Mortgage,
Inc., 555 South Perry Street, Shinbaum, Abell, McCleod, and
Vann, P. C., 566 South Perry Street, Holloway and Moxley, LLC,
Attorneys at Law, 556 South Perry Street, San Souci Apartments,
547 South Perry Street, Joseph G. Stewart, P. C., 559 South
Lawrence Street, James and Pittman, P. C., Attorneys at Law,
611 South Lawrence, Yvette Smiley Smith, CPA, 575 South
Lawrence Street are PERMANENTLY, INDEFINITELY, and IMMEDIATELY
shut down, blocked off, and closed out to the general public
expelling City of Montgomery police officers and expelling
African american black folks who are not supposed to be in the
area at all and who have absolutely no business at all in this
neighborhood, all City of Montgomery signs in this area
dismantled IMMEDIATELY, reconstruction and resurfacing works
in this area of Regions Mortgage, Inc. put into effect
IMMEDIATELY, large dividing walls and large fences constructed
and set up in this area at both of these intersections with
"NO TRESPASSING," "PRIVATE PROPERTY," and "KEEP OUT" signs
affixed thereto IMMEDIATELY, another large dividing wall and
large fence constructed and set up in this area, additional
lighting fixtures installed in this area of Regions Mortgage,
Inc. IMMEDIATELY, and "NO TRESPASSING," "PRIVATE PROPERTY,"
"NO PARKING," "MINIMUM FINE  20; 000 .00" signs installed in
this area of Regions Mortgage, Inc. IMMEDIATELY.

DATED this 30th day of July, 2007