JUDGE WOOD

UNITED STATES DISTRICT COURT RECEIVED
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------

2001 OCT 17 A 10:5~

07 CIV 8512

BILL LIETZKE,

                    Plaintiff,

   -against-

CITY OF MONTGOMERY; ABC; BOBBY
BRIGHT; ART BAYLOR, DEF, POLICE
OFFICERS EMPLOYED BY THE ALABAMA
CITY OF MONTGOMERY WHO ARE
RESPONSIBLE FOR ALL INCIDENTS
REFERRED TO IN THE COMPLAINT, WHETHER
SINGULAR OR PLURAL THAT PERSON, FIRM,
ENTITY WHO OR WHICH BY TORT OR OTHER
WRONGFUL CONDUCT IS LEGALLY LIABLE TO
THE PLAINTIFF FOR THE INJURIES AND DAMAGES
HE SUSTAINED ON THE OCCASION MADE THE
BASIS OF THIS COMPLAINT, ALL OTHERS WHOSE
TRUE NAMES AND LEGAL DESCRIPTIONS ARE
OTHERWISE UNKNOWN TO THE PLAINTIFF,

2:07cv932-WKW

**TRANSFER ORDER**

A CERTIFIED COPY
J MICHAEL McMAHON,          CLERK

BY_____
              DEPUTY CLERK

                    Defendants.
--------------------------------------------------------------X

    Plaintiff, appearing *pro se*, brings the instant 42 U.S.C. § 1983 complaint alleging violations

of his constitutional rights in connection with events that took place in Montgomery, Alabama. For

the reasons discussed below, this action is transferred to the United States District Court for the

Middle District of Alabama.

                              Venue

    Under 28 U.S.C. § 1391, a § 1983 action may be brought only in:

         (1) a judicial district where any defendant resides, if all defendants
         reside in the same State, (2) a judicial district in which a substantial
         part of the events or omissions giving rise to the claim occurred, or
         a substantial part of the property that is the subject of the action is
         situated, or (3) a judicial district in which any defendant may be

SCANNED
BM 10-17-07

found, if there is no district in which the action may otherwise be brought.

The alleged events giving rise to this claim occurred in Montgomery, Alabama, which is located in the Middle District of Alabama.  28 U.S.C. § 81(b)(1).  Additionally, it does not appear that any of the events giving rise to the instant complaint occurred within the Southern District of New York.  28 U.S.C. § 112(b).  Accordingly, this action is transferred to the United States District Court for the Middle District of Alabama.  28 U.S.C. §§ 1391(b), 1406(a).

The Clerk of this Court shall file and docket the complaint without payment of fees.  Whether plaintiff should be permitted to proceed further without payment of fees is a determination to be made by the transferee court.  That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived.  A summons shall not issue from this Court.

SO ORDERED:

_____
KIMBA M. WOOD
Chief Judge

Dated:  OCT X 2 2007
New York, New York

2