## United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

*2:07cv932-WKW*

**RECEIVED**

Date: 10/16/2007

OCT 17 2007

DOCKET NO. 07-8512

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Dear Sir/Madam,

Pursuant to an order of this court the above case(s) are being transmitted to the United States District Court for the Middle District of Alabama. The entire case file and a copy of the order are included in lieu of the original, which is retained in our files.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the file.

Yours truly,
J. Michael McMahon, Clerk of Court

By: Deputy Clerk
Jenny R. Horne

Via: Fed Ex

---

**RECEIPT IS ACKNOWLEGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:**

CASE #_____ON DATE:

SCANNED
ASV 10·17·07

CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-08512-KMW
### Internal Use Only

Lietzke v. City of Montgomery et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 10/02/2007
Date Terminated: 10/02/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Bill Lietzke**

represented by **Bill Lietzke**
547 S. Perry Street
# 10
Montgomery, AL 36104
PRO SE

V.

**Defendant**

**City of Montgomery**

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
       DEPUTY CLERK

**Defendant**

**ABC**

**Defendant**

**Bobby Bright**

**Defendant**

**Art Baylor**

**Defendant**

**DEF**

**Defendant**

**Police Officers Employed by the City of
Montgomery who are responsible for all
incidents referred to in the complaint**
*whether singular or plural that person,
firm, entity who or which by tort or other
wrongful conduct is legally liable to the
plaintiff for the injuries and damages he
substained on the occasion made the basis
of this complaint*

**Defendant**

**All others whose true names and legal**

discriptions are otherwise unknown to
the plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Bill Lietzke.(mbe) (Entered: 10/11/2007) |
| 10/02/2007 | 2 | COMPLAINT against City of Montgomery, ABC, Bobby Bright, Art Baylor, DEF, Police Officers Employed by the City of Montgomery who are responsible for all incidents referred to in the complaint, All others whose true names and legal discriptions are otherwise unknown to the plaintiff. Document filed by Bill Lietzke.(mbe) (Entered: 10/11/2007) |
| 10/02/2007 | | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 10/11/2007) |
| 10/02/2007 | 3 | ORDER; For reasons set forth in this order, this action is transferred to the United States District Court for the Middle District of Alabama. The Clerk of Court shall file and docket the complaint without payment of fees. Whether plaintiff should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. (Signed by Judge Kimba M. Wood on 10/02/2007) (jeh) (Entered: 10/16/2007) |
| 10/02/2007 | | (Court only) ***Civil Case Terminated.*** (jeh) (Entered: 10/16/2007) |