**JUDGE WOOD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BILL LIETZKE,

           Plaintiff,

   2:07cv932-WKW

**TRANSFER ORDER**

-against-

CITY OF MONTGOMERY; ABC; BOBBY
BRIGHT; ART BAYLOR, DEF, POLICE
OFFICERS EMPLOYED BY THE ALABAMA
CITY OF MONTGOMERY WHO ARE
RESPONSIBLE FOR ALL INCIDENTS
REFERRED TO IN THE COMPLAINT, WHETHER
SINGULAR OR PLURAL THAT PERSON, FIRM,
ENTITY WHO OR WHICH BY TORT OR OTHER
WRONGFUL CONDUCT IS LEGALLY LIABLE TO
THE PLAINTIFF FOR THE INJURIES AND DAMAGES
HE SUSTAINED ON THE OCCASION MADE THE
BASIS OF THIS COMPLAINT, ALL OTHERS WHOSE
TRUE NAMES AND LEGAL DESCRIPTIONS ARE
OTHERWISE UNKNOWN TO THE PLAINTIFF,

           Defendants.
------------------------------------------------------------------X

    Plaintiff, appearing *pro se*, brings the instant 42 U.S.C. § 1983 complaint alleging violations of his constitutional rights in connection with events that took place in Montgomery, Alabama. For the reasons discussed below, this action is transferred to the United States District Court for the Middle District of Alabama.

### Venue

Under 28 U.S.C. § 1391, a § 1983 action may be brought only in:

> (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be

found, if there is no district in which the action may otherwise be brought.

The alleged events giving rise to this claim occurred in Montgomery, Alabama, which is located in the Middle District of Alabama. 28 U.S.C. § 81(b)(1). Additionally, it does not appear that any of the events giving rise to the instant complaint occurred within the Southern District of New York. 28 U.S.C. § 112(b). Accordingly, this action is transferred to the United States District Court for the Middle District of Alabama. 28 U.S.C. §§ 1391(b), 1406(a).

The Clerk of this Court shall file and docket the complaint without payment of fees. Whether plaintiff should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court.

SO ORDERED:

*Kwood*

KIMBA M. WOOD
Chief Judge

Dated: OCT X 2 2007
New York, New York

CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08512-KMW
#### Internal Use Only

Lietzke v. City of Montgomery et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 10/02/2007
Date Terminated: 10/02/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Bill Lietzke**     represented by     **Bill Lietzke**
547 S. Perry Street
# 10
Montgomery, AL 36104
PRO SE

V.

**Defendant**

**City of Montgomery**

**Defendant**

**ABC**

**Defendant**

**Bobby Bright**

**Defendant**

**Art Baylor**

**Defendant**

**DEF**

**Defendant**

**Police Officers Employed by the City of Montgomery who are responsible for all incidents referred to in the complaint**
*whether singular or plural that person, firm, entity who or which by tort or other wrongful conduct is legally liable to the plaintiff for the injuries and damages he substained on the occasion made the basis of this complaint*

**Defendant**

**All others whose true names and legal**

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
       DEPUTY CLERK

discriptions are otherwise unknown to
the plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Bill Lietzke.(mbe) (Entered: 10/11/2007) |
| 10/02/2007 | 2 | COMPLAINT against City of Montgomery, ABC, Bobby Bright, Art Baylor, DEF, Police Officers Employed by the City of Montgomery who are responsible for all incidents referred to in the complaint, All others whose true names and legal discriptions are otherwise unknown to the plaintiff. Document filed by Bill Lietzke.(mbe) (Entered: 10/11/2007) |
| 10/02/2007 |  | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 10/11/2007) |
| 10/02/2007 | 3 | ORDER; For reasons set forth in this order, this action is transferred to the United States District Court for the Middle District of Alabama. The Clerk of Court shall file and docket the complaint without payment of fees. Whether plaintiff should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. (Signed by Judge Kimba M. Wood on 10/02/2007) (jeh) (Entered: 10/16/2007) |
| 10/02/2007 |  | (Court only) ***Civil Case Terminated.*** (jeh) (Entered: 10/16/2007) |